IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 04-250 |
| CLARENCE GREEN, III, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 22nd day of May, 2006, the Court having held a Re-Sentencing Hearing upon remand from the United States Court of Appeals for the Third Circuit, it is hereby ORDERED that the Judgment including Sentence under the Sentencing Reform Act imposed by this Court on July 7, 2005 is AMENDED as follows:

    In accordance with the Remand of the Court of Appeals for the Third Circuit, the Court has considered the sentences available, the Advisory Guideline Range, and the factors set forth under Title 18, United States Code, Section 3553, and re-sentences the defendant to a term of forty(40) months' imprisonment.

In all other respects, the Sentence imposed by this Court on July 7, 2005, shall remain in FULL FORCE AND EFFECT.

                                                                                        /s/ _____
                                                                        United States District Judge

```
cc/ecf:    Asst. U.S. Atty. Bruce Teitelbaum

           Bruce Antkowiak, Esquire

           Clarence Green, III c/o Bruce Antkowiak, Esquire

           Probation Office

           U.S. Marshal

           Finance Office

           Designation & Sentence Computation Center
           Federal Bureau of Prisons
           346 Marine Forces Drive
           Grand Prairie, TX 75051

           United States Sentencing Commission
           Attn: Document Control -Monitoring
           One Columbus Circle, N.E., Suite 2-500
           Washington, D.C. 20002-8002
```